UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOEB KHAWAJA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 18-257 (CKK) |
| | ) |
| UNITED STATES CITIZENSHIP & | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

# NOTICE OF FILING CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

COMES NOW Defendant, by and through undersigned counsel, and hereby gives notice of the filing of a certified list of the contents of the Administrative Record.

Dated:  September 26, 2018          Respectfully submitted,

                                                      JESSIE K. LIU
                                                      United States Attorney
                                                      D.C. Bar #472845

                                                      DANIEL VAN HORN
                                                      Chief, Civil Division
                                                      D.C. Bar #924092

                    By:    */s/ Jason T. Cohen*
                                                      JASON T. COHEN
                                                      ME Bar #004465
                                                      Assistant United States Attorney
                                                      Civil Division
                                                      555 Fourth St., N.W.
                                                      Washington, D.C. 20530
                                                      Phone: (202) 252-2523
                                                      Fax: (202) 252-2599
                                                      Email: jason.cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2018, an electronic copy of the full contents of the administrative record were served upon Plaintiff at following address:

Michael E. Piston
Attorney at Law
225 Broadway, Ste. 307
New York, NY 10007
Email: michaelpiston4@gmail.com

　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　JASON T. COHEN
　　　　　　　　　　　　　　　　　Assistant United States Attorney