

**Certification of Documents**

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

**Department of Homeland Security**

U.S. Citizenship and Immigration Services



09/11/2018

Date *(mm/dd/yyyy)*

**Certification of Documents**

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: _____

Also known as (aka): _____

File and/or Certificate Number: WAC1790423423

Number of Pages Copied: 1 - 52

Annotations

*Jenny B Steele*
(Signature of Authorized Person)

Jenny Steele, Associate Center Director, CSC
(Print Name and Title of Authorized Person)

California Service Center
(Office of Authorized Person)

Form G-24  06/04/13 N

9-11-18

Page 1 of 1

## INDEX
## COPIES OF THE FOLLOWING DOCUMENTS

| Item # | | Page # |
|---|---|---|
| 1 | Cover Sheet Record of Proceeding. | 1 |
| 2 | Copy of Motion to Reopen/Reconsider RE: WAC1890116734 | 2-3 |
| 3 | Form-G-28 | 4-7 |
| 4 | USCIS/DHS Form I-129B Notice of Appeal or Motion. | 8-17 |
| 5 | Cover Sheet Record of Proceeding | 18 |
| 6 | DHS/USCIS Notice of Decision Re: WAC1790423423 dated on Dec 18, 2017. | 19-20 |
| 7 | Form G-28 | 21-24 |
| 8 | USCIS Form, I-539 Application to Extend/Change Nonimmigrant status. | 25-52 |